# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Walter O. Singh,                                              Civil No. 07-2148 (DWF/SRN)

          Plaintiff,

v.                                                            **ORDER**

Susila Persaud a/k/a Pam Persaud
a/k/a Pamela Persaud and
Indrani Hannuman,

          Defendants.

---

Walter O. Singh, *Pro Se*, Plaintiff.

Susila Persaud, *Pro Se*, Defendant, and Indrani Hannuman, *Pro Se*, Defendant.

---

The above-entitled matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections were filed to that Report and Recommendation in the time period permitted. Accordingly, based on all of the files, records, and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's claims and Defendants' counterclaims are **DISMISSED** for lack of subject matter jurisdiction; and

    2.    Plaintiff's Motion for Summary Judgment (Doc. No. 19) is administratively terminated.


Dated: February 5, 2009        s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court